# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SATCHELL WILKERSON, | No. CV 12-4753-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| S. McEWEN, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 1/22/13

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE